# EXHIBIT A-2

Case 4:19-cv-03910   Document 1-3   Filed on 10/09/19 in TXSD   Page 2 of 16

8/23/2019 12:13:10 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 36226686
By: CUERO, NELSON
Filed: 8/23/2019 12:13:10 PM



**2019-59116 / Court: 189**

Marilyn Burgess
HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: PLAINTIFF'S ORIGINAL PETITION

FILE DATE: AUGUST 23, 2019    Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

Address of Service: 750 7th Avenue

City, State & Zip: New York, NY 10019-6829

Agent (if applicable): MENDES & MOUNT

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post-Judgment Service)

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)
  Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.
- [x] CIVIL PROCESS SERVER - Authorized Person to Pick-up: COURT RECORD    Phone: 7132273335
- [ ] OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name: Christopher Leavitt   Bar # or ID  24053318

Mailing Address: 600 Travis, Ste 7300, Houston, TX 77002

Phone Number: 713-223-5393



# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 |
www.hcdistrictclerk.com

**2019 59116**

### Civil Process Pick-Up Form

CAUSE NUMBER: **2019 59116**

ATY _____   CIV ✓   COURT **189**

---

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: Christopher Leavitt        PH: 713 223 5393

*CIVIL PROCESS SERVER: Court Record Research        BOX: 107

*PH: 713 227 3353

*PERSON NOTIFIED SVC READY: Mercedes

*NOTIFIED BY: Nelson Cuero

DATE: 08-23-2019

---

Type of Service Document: CITN    Tracking Number: 73661937
Type of Service Document: _____    Tracking Number: _____
Type of Service Document: _____    Tracking Number: _____
Type of Service Document: _____    Tracking Number: _____
Type of Service Document: _____    Tracking Number: _____

Process papers prepared by: *Nelson Cuero*

Date: **Friday, August 23, 2019**    30 days waiting **09 - 22 - 2019**

---

*Process papers released to: ____ (PRINT NAME)

__2143373__
*(CONTACT NUMBER)        (SIGNATURE)

*Process papers released by:  **Monica Estrada**
(PRINT NAME)

_Monica Estrada_
(SIGNATURE)

* Date: 8/26, 2019   Time: 9  AM / PM

---

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Revised 12-15-2014

9/25/2019 10:54 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37106010
By: Deandra Mosley
Filed: 9/25/2019 10:54 AM

08.405 tpe

CAUSE NO. 201959116

RECEIPT NO.            0.00      CIV
         **********            TR # 73661937

| | |
|---|---|
| PLAINTIFF: OLVIO, GABRIELA<br>vs.<br>DEFENDANT: CERTAIN UNDERWRITERS AT LLOYD'S LONDON | In The    189th<br>Judicial District Court<br>of Harris County, Texas<br>189TH DISTRICT COURT<br>Houston, TX |

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: CERTAIN UNDERWRITERS AT LLOYD'S LONDON BY SERVING THROUGH MENDES
     & MOUNT LLP

     750    SEVENTH AVENUE     NEW YORK    NY    10019 - 6829

     Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 23rd day of August, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 23rd day of August, 2019, under my hand and
seal of said Court.

Issued at request of:
LEAVITT, CHRISTOPHER JERROD
600    TRAVIS STREET SUITE 7300
HOUSTON, TX    77002
Tel: (713) 223-5393
Bar No.: 24053318

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: CUERO, NELSON    7MN//11309615

STATE OF _____
County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

NO. 2019-59116

| | | |
|---|---|---|
| GABRIELA OLIVO | § § § | |
| VS. | § § | IN THE 127TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | § § | |

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, _Augustus Wilson_ (Process Server), personally appeared **on this** _11_ **day of** _September_, **2019** and stated under oath as follows:

1. My name is _Augustus Wilson_ (server). I am authorized to deliver Texas Legal documents under rule 108 T.R.C.P.. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: _601 New York Ave Union City NJ 07087_
**(SERVERS ADDRESS)**

2. ON _September 10_ (DATE) AT _10:30_ (A)M (TIME) CITATION, PLAINTIFF'S **ORIGINAL PETITION,** came to hand for delivery to **CERTAIN UNDERWRITERS AT LLOYD'S LONDON BY SERVING MENDES & MOUNT LLP.**

3. ON _September 11_ (DATE) AT _1:00_ (P) M (TIME) The above named documents were hand delivered to: **CERTAIN UNDERWRITERS AT LLOYD'S LONDON BY SERVING MENDES & MOUNT LLP** by hand delivering to:

_Heather Calvaro Attorney at Law_
**(NAME AND TITLE)** a person authorized to accept service @
_750 7th Ave New York NY 10019_
**(ADDRESS)**, in Person, in accordance to Rule 108 TRCP.

**FURTHER AFFIANT SAYETH NOT.**

_____
**SERVER'S SIGNATURE**
_Augustus Wilson_
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _Augustus Wilson 3rd_ (server) appeared on **this** _17th_ **day of** _September_, **2019** to attest witness my hand and seal of office.

_____
**NOTARY PUBLIC IN AND FOR THE STATE OF** _New York_

LILIANA B ARCE
Notary Public, State of New York
Registration #01AR6268645
Qualified In Queens County
Commission Expires _09/17/2020_

2019.08.405726

727673

**MENDES & MOUNT LLP**
**RECEIVED**

SEP 11 2019

Name _____
Signature _____

CAUSE NO. 201959116

RECEIPT NO.          0.00      CIV
              *********        TR # 73661937

| PLAINTIFF: OLVIO, GABRIELA<br>vs.<br>DEFENDANT: CERTAIN UNDERWRITERS AT LLOYD'S LONDON | In The   189th<br>Judicial District Court<br>of Harris County, Texas<br>189TH DISTRICT COURT<br>Houston, TX |
|---|---|

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: CERTAIN UNDERWRITERS AT LLOYD'S LONDON BY SERVING THROUGH MENDES
    & MOUNT LLP

   750  SEVENTH AVENUE    NEW YORK   NY   10019 - 6829

   Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>23rd day of August, 2019</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 23rd day of August, 2019, under my hand and
seal of said Court.



Issued at request of:
LEAVITT, CHRISTOPHER JERROD
600 TRAVIS STREET SUITE 7300
HOUSTON, TX   77002
Tel: (713) 223-5393
Bar No.:  24053318

Marilyn Burgess

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: CUERO, NELSON   7MM//11309615

STATE OF _____
County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

|   NAME   | DATE |   |   | TIME |   | PLACE |
|----------|------|---|---|------|---|-------|
|          | MONTH | DAY | YEAR | HOUR | MIN |   |
|          |       |     |      |      |     |   |
|          |       |     |      |      |     |   |
|          |       |     |      |      |     |   |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                                             Affiant/Deputy
On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                              _____
                                                       Notary Public

9/13/2019 1:33:09 PM - Rec'd Johns Eastern Co.

H.INT.CITN.F                    *73661937*